# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-2202

_____

Arron Michael Lewis

*Plaintiff - Appellant*

v.

Charles Holladay, "Doc" Sheriff, Pulaski County Sheriff's Department

*Defendant - Appellee*

Carl Johnson, M.D., Doctor, Pulaski County Jail

*Defendant*

Sarah Speer, Registered Nurse, Pulaski County Jail; Scott Hazel, Sergeant, Pulaski County Jail; Vanessa Lowe, Deputy, Transportation, Pulaski County Jail; Jacob Mitchell, Nurse, Medical Staff, Pulaski County Jail; Jeff Allison, Detective, Pulaski County Deputy; Jackson Bennett, Lieutenant, Pulaski County Deputy; Gary Seibel, Detective; Drew Evans, Detective, Pulaski County Jail; Jackman, Deputy, Transportation, Pulaski County Jail; Stuart, Sergeant, Pulaski County Jail; Elliott, Nurse, Intake/Booking, Pulaski County Jail; Kimberly Stowe, Nurse, Intake/Booking, Pulaski County Jail

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: November 15, 2016
Filed: November 30, 2016
[Unpublished]

_____

Before MURPHY, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Arron Michael Lewis appeals, following the entry of final judgment, the district court's[1] order granting summary judgment on certain claims in his 42 U.S.C. § 1983 action. We conclude that, for the reasons the district court stated, summary judgment was warranted. See Cullor v. Baldwin, 830 F.3d 830, 836 (8th Cir. 2016) (de novo review).[2] The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.

[2]We decline to consider the new matters Lewis raises on appeal. See Stone v. Harry, 364 F.3d 912, 914-15 (8th Cir. 2004).